WILLIAM T. BLACKWELL, Executor, etc., Appellant, *v.* FREDERICK A. BLOSSOM et al., Exrs., etc., Respondents.

(Argued January 21, 1880; decided February 3, 1880.)

*O. P. Buell* for appellant.

*B. F. Dunning* for respondents.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

---

ELIZABETH SWEENEY, Respondent, *v.* ROBERT PRIOR, Appellant.

(Argued January 26, 1880; decided February 3, 1880.)

*Samuel Hand* for appellant.

*Rufus L. Scott* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.

---

MARY A. VANDERGAW, Appellant, *v.* JAMES ROBERTSON, Respondent.

(Submitted January 26, 1880; decided February 3, 1880.)

*Henry S. Bellows* for appellant.

*De Witt C. Brown* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.